U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 2 9 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JULIUS LEE SAVAGE | CIVIL ACTION NO. 06 - 0624 - A |
| VERSUS | JUDGE DEE D. DRELL |
| CITY OF HARRISONBURG, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's Civil Rights Complaint be and is hereby **DISMISSED, without prejudice**, for failure to exhaust all available administrative remedies prior to filing suit as mandated by the provisions of 42 U.S.C. §1997e(a).

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 29 day of December, 2006.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE